v.

DEPARTMENT OF HUMAN SER-
VICES, Cumberland County Children
and Youth Services, Respondents

No. 916 MAL 2016

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of June, 2017,
the Petition for Allowance of Appeal is
DENIED.

Eileen MCGUIRE, Petitioner

v.

Donald RUSSO, doing business as Law
Offices of Donald P. Russo, Esq., Law
Offices of Donald P. Russo, (The
"Russo Defendants"), and Deirdre
Kamber Todd, doing business as Fitz-
patrick Lentz & Bubba P.C., doing
business as Kamber Law Group, P.C.,
also known as Kamber Law Group
P.C., Esq., The Kamber Law Group
P.C., Fitzpatrick Lentz & Bubba P.C.,
(The "Todd/FLB Defendants"), Re-
spondents

No. 901 MAL 2016

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of June, 2017,
the Petition for Allowance of Appeal is
GRANTED. The issue, rephrased for clar-
ity, is:

Should this Court overturn its decision
in *Muhammad v. Strassburger, Mcken-
na; Messer, Shilobod & Gutnick*, 587
A.2d 1346 (Pa. 1991), which bars legal
malpractice suits following the settle-
ment of a lawsuit absent an allegation of
fraud, even in instances where an attor-
ney's negligence led to a lesser settle-
ment.

COMMONWEALTH of Pennsylvania,
Respondent

v.

William VON SMITH, Petitioner

No. 77 MAL 2017

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of June, 2017,
the Petition for Allowance of Appeal is
DENIED.